ACCEPTED
04-15-00223-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/28/2015 10:23:11 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00223-CR

| | | |
|---|---|---|
| CARLOS FAZ, | § | IN THE COURT OF APPEALS |
| Appellant | § | 4th COURT OF APPEALS |
| VS. | § | SAN ANTONIO, TEXAS |
| | § | IN SAN ANTONIO, TEXAS |
| | § | 07/28/15 10:23:11 PM |
| | § | KEITH E. HOTTLE |
| THE STATE OF TEXAS, | § | Clerk |
| Appellee | | 4th JUDICIAL DISTRICT |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, CARLOS FAZ, Appellant, and files this Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 10.5(b) and 38.6(d), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

Appellant's brief is due to be filed on August 10, 2015. Counsel for Appellant requires an extension of time complete and file Appellant's brief in this cause in order to get the complete appellate record in this case. This is Appellant's first request for extension of time.

II.

On June 22, 2015, this Court entered an order directing Appellant to make arrangements to pay for the Reporter's Record. Appellant filed a response July 3, 2015, certifying arrangements had been made. On July 6, 2015, Court Reporter Amy Guillen filed the Reporter's Record consisting of one volume. On July 10, 2015,

Court Reporter Lisa Ramos filed the Reporter's Record consisting of three volumes. However, a portion of the Reporter's Record transcribed by Sachiko Nagao has yet to be filed.

## III.

The part of the Reporter's Record yet to be filed represents a critical portion of the appellate record and is necessary for Appellant to prepare the brief.

## IV.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to obtain the entire appellate record and properly prepare the brief in this case. Appellant moves this Court for an order granting an extension for Appellant to submit the brief in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension for Appellant to submit the brief in this case.

Respectfully submitted,

/s/ Daniel De La Garza
DANIEL DE LA GARZA
TBA No. 24077965
1800 McCullough
San Antonio, Texas 78212
Telephone: (210) 263-1146
Facsimile: (210) 855-6274
Email: Daniel.DeLaGarza@me.com
COUNSEL FOR APPELLANT,
CARLOS FAZ

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the motion contains 552 words.

/s/ Daniel De La Garza
Daniel De La Garza

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief was delivered via hand delivery to the Bexar County District Attorney's Office, Appellate Division, 101 W. Nueva, 4th Floor, San Antonio, Texas 78205 on this the 29TH day of July, 2015.

_/s/ Daniel De La Garza_
Daniel De La Garza

CAUSE NO. 04-15-00223-CR

CARLOS FAZ,                          §        IN THE COURT OF APPEALS
          Appellant                  §
VS.                                  §        IN SAN ANTONIO, TEXAS
                                     §
THE STATE OF TEXAS,                  §        4th JUDICIAL DISTRICT
          Appellee

## ORDER

On this the _____ day of _____, 2015 , came on to be heard

the Appellant's Motion for Extension of Time to File Appellant's Brief and the Court

is of the opinion that this Motion should be:

**GRANTED**, and the deadline for filing the Appellant's brief in Cause No.

04-15-00223-CR is extended to _____, 2015.

**DENIED**, to which action of the Court the Appellant objects.

SIGNED this the _____ day of _____, 2015.


_____
JUDGE PRESIDING